IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51312
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

            v.

ROBERTO AGUIRRE-VILLA also known as, Jose Hernandez

                    Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-687)
--------------------

United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 19, 2005**

Charles R. Fulbruge III
Clerk

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

    IT IS ORDERED that appellee's unopposed motion to vacate the sentence is granted.

    IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso Division, for resentencing is granted.

_____

    *Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that appellee's unopposed motion to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is moot.